## Richmond

FISHING BAY YACHT CLUB v. EDITH D. HANCOCK.

April 24, 1967.

Record No. 6337.

Present, Eggleston, C. J., and Spratley, Buchanan, Snead, I'Anson and Gordon, JJ.

*William R. Cogar* (*Collins Denny, III; Denny, Valentine & Davenport*, on brief), for the appellant.

*C. Jackson Simmons* and *Roger G. Hopper* (*Dunton, McLeod & Simmons*, on brief), for the appellee.

> *Decree affirmed* without opinion by equally divided Court.